# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| **PLAINTIFF(S)** | 8:21–cv–00176 |
| v. | |
| **DEFENDANT(S).** | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____     _____     _____

Date Filed     Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 26, 2021      By: /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                  Deputy Clerk